■ COMMERCIAL UNION INSURANCE COMPANIES, Appellant, v ILLUSION HAIR DESIGNERS, INC., Respondent, et al., Defendant. —Judgment, Supreme Court, New York County (Harold Baer, Jr., J.), entered on December 13, 1990, unanimously affirmed for the reasons stated by Harold Baer, Jr., J., with costs. No

opinion. Concur—Rosenberger, J. P., Ellerin, Wallach, Smith and Rubin, JJ.